# IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF A §
MEMBER OF THE BAR OF THE §
SUPREME COURT OF THE §
STATE OF DELAWARE: §     No. 427, 2014
§
KEVIN W. GOLDSTEIN, ESQUIRE §     Board Case No. 111881 – B
§

Submitted:     August 8, 2014
Decided:     August 18, 2014

## ORDER

This   18th   day of  August, 2014, the petitioner having filed an Unopposed  Petition for Transfer to Disability Inactive Status with this Court on August 8, 2014, pursuant to Rule 19(b) of the Delaware Lawyers' Rules of Disciplinary Procedure; and, the Court having reviewed the matter pursuant to Rule 19(b) of the Delaware Lawyers' Rules of Disciplinary Procedure,

NOW, THEREFORE, IT IS ORDERED, that the Petition for Transfer to Disability Inactive Status filed on August 8, 2014 is hereby APPROVED. The matter is hereby CLOSED.

BY THE COURT:

/s/ Randy J. Holland
JUSTICE